O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

FILED
APR 26 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.
JEROME FINNIGAN

WAIVER OF INDICTMENT

CASE NUMBER: 07 CR 634

I, JEROME FINNIGAN, the above named defendant, who is accused of Civil rights conspiracy, in violation of Title 18 USC §241; use of interstate commerce facility in murder for hire, in violation of Title 18, USC, §1958; and filing a false tax return, in violation of Title 26, USC, §7206(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____4/26/2011_____ prosecution by indictment and consent that the pro-
Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer