AO 245B (Rev. 09/08) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: Jerome A. Finnigan
CASE NUMBER: 07 CR 634-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

one hundred twenty (120) months as to count 2, twenty four (24) months as to count 3, said counts to run consecutively

☑ The court makes the following recommendations to the Bureau of Prisons:

that defendant serve his term of imprisonment at a Bureau of Prisons with a residential drug and alcohol treatment program. Additional recommendation that defendant serve his term of imprisonment at the Bureau of Prisons in either Terre Haute, IN, Oxford, WI, Pekin, IL or a facility close to home

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

**FILED**
JAN 0 5 2012
JAN 05 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I have executed this judgment as follows:

Defendant delivered on 12-6-2011 to FCC Coleman, COM
a Coleman, FL , with a certified copy of this judgment.

Jorge L. Pastrana, Warden
UNITED STATES MARSHAL

By M. Tejera / CSO
DEPUTY UNITED STATES MARSHAL

USPO NDIL Chicago September 30, 2011 12:42:22